### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE                                    *      BKRTCY. NO. 16-02904 ESL

JUAN ANTONIO MARTINEZ SOTO               *      CHAPTER 13
IZAMAR NIEVES ARZUAGA
                                         *

DEBTORS _____

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COME NOW, **JUAN ANTONIO MARTINEZ SOTO and IZAMAR NIEVES ARZUAGA,** debtors in the above captioned case, through the undersigned attorney and very respectfully state and pray as follows:

1.The debtors are hereby submitting an amended Chapter 13 Plan, dated August 22, 2016, herewith and attached to this motion.

2.The proposed amended Plan is filed to provide for the post-petition mortgage loan arrears owed to BPPR ($4,117.26), pursuant to BPPR's 362 *Motion for Relief From Stay*, docket entry #36, increasing the proposed Plan base to $50,775, and the amended Plan also provides for the surrender to EDUCOOP of its collateral pursuant to the objection raised by the Chapter 13 Trustee in his report on confirmation docket entry #18, in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 22nd day of August, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                    Case No. <u>3:16-bk-2904</u>

<u>MARTINEZ SOTO, JUAN ANTONIO & NIEVES ARZUAGA, IZAMAR</u>        Chapter <u>13</u>
Debtor(s)

**AMENDED CHAPTER 13 PAYMENT PLAN**

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: _____    ☑ AMENDED PLAN DATED: **8/22/2016**
☐ PRE ☐ POST-CONFIRMATION                  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | |
|---|---|---|---|
| $ **600.00** x **17** = $ **10,200.00** |
| $ **725.00** x **32** = $ **23,200.00** |
| $ **1,125.00** x **1** = $ **1,125.00** |
| $ **1,625.00** x **10** = $ **16,250.00** |
| $ _____ x ____ = $ _____ |

TOTAL: $ **50,775.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **50,775.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,888.00**

Signed: _____
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular de P(** Cr. **Banco Popular de P(** Cr.
   # **POC #12**            # **Post Pet Arrears**      #
   $ **4,577.39**   $ **4,117.26**   $
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Reliable Financial S(** Cr. _____ Cr. _____
   # **26875867**        #          #
   $ **33,996.70**   $          $
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
   **AEELA**      **AEELA**   **EDUCOOP**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **Sistema de Retiro El   Sistema de Retiro El   Banco Popular de P(**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
* Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds.
* Debtor to provide auto insurance (Eastern America Insurance Company) upon maturity to Reliable Bank through Chapter 13 Plan.
* Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Reliable Bank through the Trustee in the sum $200 per month until confirmation.
* Debtor will make direct mortgage payments to secured creditor Banco Popular de Puerto Rico. Debtor to include pre & post-petition arrears in Chapter 13 Plan. Debtor will commence direct mortgage payments to Banco Popular de Puerto Rico in June/2016.

---

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**          Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Label Matrix for local noticing
0104-3
Case 16-02904-ESL13
District of Puerto Rico
Old San Juan
Mon Aug 22 10:29:44 AST 2016

COOP A/C CAGUAS
PO BOX 1252
CAGUAS, PR 00726-1252

EDUCOOP
PEDRO I TORRES AMADOR ESQ
PO BOX 364966
SAN JUAN, PR 00936-4966

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

U.S. Department of Education
c/o Fedloan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

A&J Collection Agency, Inc
PO Box 1010
Camuy, PR  00627-1010

AEELA
PO Box 364508
San Juan, PR  00936-4508

BANCO POPULAR DE PUERTO RICO (PBDS)
PO BOX 362708
SAN JUAN, PUERTO RICO 00936-2708

Banco Popular de Puerto Rico
Bankruptcy Department
PO Box 366818
San Juan, PR  00936-6818

Banco Popular de Puerto Rico
Mortgage Servicing Department
PO Box 362708
San Juan, PR  00936-2708

Bby/cbna
50 NW Point Blvd
Elk Grove Village, IL  60007-1032

Brazos Higher Educatio
PO Box 6500
McAllen, TX  78502-6500

CCB Credit Services, Inc
PO Box 272
Springfield, IL  62705-0272

Chld/Cbna
PO Box 6497
Sioux Falls, SD  57117-6497

Citi
PO Box 6241
Sioux Falls, SD  57117-6241

Claro
PO Box 360998
San Juan, PR  00936-0998

Client Services, Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301-9816

Colon Atienza Repossession Services, Inc
PO Box 21382
San Juan, PR  00928-1382

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE  19850-5316

EDUCOOP
PO BOX 364966
SAN JUAN, PR 00936-4966

Educoop
PO Box 1283
Caguas, PR  00726-1283

Educoop
PO Box 192770
San Juan, PR  00919-2770

Fed Loan Servicing
PO Box 60610
Harrisburg, PA  17106-0610

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

GC Services Limited Partnership
PO Box 3855
Houston, TX  77253-3855

Global Credir & Collection Corp
PO Box 101928, Dept 2417
Birmingham, AL 35210-6928

Grupo Hima - San Pablo
PO Box 4980
Caguas, PR 00726-4980

Hospital Hima - San Pablo
PO Box 4980
Caguas, PR 00726-4980

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Midland Credit Management, Inc.
2365 Northside Dr Ste 300
San Diego, CA  92108-2709

Northland Group Inc
PO Box 390905
Minneapolis, MN  55439-0905


PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-7999

Professional Bureau of Collection of Mar
PO Box 320006
Birmingham, AL  35232-0006


SCOTIABANK DE PUERTO RICO
G.P.O. BOX 362649
SAN JUAN, PUERTO RICO 00936-2649

Sears/Cbna
PO Box 6189
Sioux Falls, SD  57117-6189

Sistema de Retiro ELA
PO Box 42003
San Juan, PR  00940-2203


Syncb/amazon
PO Box 965015
Orlando, FL  32896-5015

Synch/tjx Cos Dc
PO Box 965005
Orlando, FL  32896-5005

Syncb/wlmrtd
PO Box 965024
Orlando, FL  32896-5024


T-Mobile
Ave Rafael Cordero #30 Ste 24
Caguas, PR  00725

Thd/Cbna
PO Box 6497
Sioux Falls, SD  57117-6497

TheValle Law Firm
PO Box 4866
Winter Park, FL  32793-4866


United Recovery Systems
PO Box 722910
Houston, TX  77272-2910

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

(PBDS) BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708


IZAMAR NIEVES ARZUAGA
VILLA BORINQUEN J 6 CALLE GUATIBIRI
CAGUAS, PR 00725

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

JUAN ANTONIO MARTINEZ SOTO
VILLA BORINQUEN J 6 CALLE GUATIBIRI
CAGUAS, PR 00725


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR  00928-1382

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Coop A/C Caguas | (d)Hospital Hima - San Pablo | End of Label Matrix |
| PO Box 1252 | PO Box 4980 | Mailable recipients    52 |
| Caguas, PR  00726-1252 | Caguas, PR  00726-4980 | Bypassed recipients     2 |
| | | Total                  54 |