IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>**MARTINEZ SOTO, JUAN ANTONIO<br>ARZUAGA, IZAMAR NIEVES**<br><br>DEBTOR(S) | CASE NUMBER: **16-02904-ESL**<br><br>(Chapter 7)<br>NO ASSET CASE |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| **Property** | **Value** | **Amt. Secured** | **Claimed Exemptions** | **Other Costs** | **Value to the Estate** |
|---|---|---|---|---|---|
| VILLA BORINQUEN J-6 GUATIBIRI STREET CAGUAS PR 00725 | $110,000.00 | $113,929.00 | $0.00 | $0.00 | $-3,929.00 |
| 2014 NISSAN ROGUE | $17,791.00 | $33,965.00 | $0.00 | $0.00 | $-16,174.00 |
| 1997 CHEVROLET LUMINA | $1,173.00 | $0.00 | $1,173.00 | $0.00 | $0.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | $2,000.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| TABLET (2), LAPTOP (1), TVS (2), RADIO (1), WII U | $650.00 | $0.00 | $650.00 | $0.00 | $0.00 |
| CLOTHING AND PERSONAL EFFECTS | $300.00 | $0.00 | $300.00 | $0.00 | $0.00 |
| AEELA SAVINGS: $11,144.65 DIVIDENDS: $2,507.76 | $13,652.41 | $18,232.11 | $0.00 | $0.00 | $-4,579.70 |
| AEELA SAVINGS: $12,202.58 DIVIDENDS: $3312.58 | $15,515.16 | $26,146.07 | $0.00 | $0.00 | $-10,630.91 |
| FIRSBANK PUERTO RICO ACCOUNT NO. X1945 | $70.82 | $0.00 | $70.80 | $0.00 | $0.02 |

| | | | | | |
|---|---|---|---|---|---|
| CAGUAS COOP ACCOUNT NO. X5184 | $7.09 | $0.00 | $7.09 | $0.00 | $0.00 |
| CAGUAS COOP ACCOUNT NO. X1756 SHARES: $545.15 SAVINGS: $0.92 | $546.07 | $4,050.00 | $0.00 | $0.00 | $-3,503.93 |
| EDUCOOP SHARES: $5,330 | $5,330.00 | $22,103.00 | $0.00 | $0.00 | $-16,773.00 |
| EDUCOOP SHARES: $5,899.89 | $5,899.89 | $24,070.00 | $0.00 | $0.00 | $-18,170.11 |
| PR GOVERNMENT RETIREMENT FUNDS | $55,843.04 | $17,687.96 | $38,155.08 | $0.00 | $0.00 |
| PR GOVERNMENT RETIREMENT FUNDS | $50,183.63 | $17,409.98 | $32,773.65 | $0.00 | $0.00 |

Documents Included If Necessary: Appraisal ( ) Creditors Statement ( ) Proof of Lien( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

Reasons for abandonment:

(1) In considering that abandonment of property of the Estate is governed by section 554, the undersigned Trustee has determined, after a proper inquiry, that the above listed property is not proper for administration, and/or is burdensome to this Estate or of inconsequential value to the Estate.

(2) Under 11 USC § 554(c), any property that is scheduled but not otherwise administered at the time of the closing of a case is abandoned to the debtor; however, property of the Estate that is not scheduled in the case, and therefore not abandoned, shall remain property of the Estate.

(3) Scheduled property that is not administered before the case is closed is deemed abandoned upon entry of the order closing the estate, absent an order to the contrary. 11 USC § 554(c).

(4) The undersigned Trustee acknowledges he shall/must not rely on the deemed abandonment provisions of section 554(c) where possession of the property will expose the estate to liability.

(5) The net proceeds from a sale of above listed asset(s) will be insufficient to pay any tax liability generated by the sale. That failure to abandon the property would expose the estate to additional tax liability, wherefore the undersigned Trustee abandons above listed property so as to avoid burdensome tax consequences to the Estate.

(6) The possession of the property exposes the Estate to a risk of liability which cannot be insured against, and which outweighs its economic value to the Estate.

(7) Documentation in support and justification of this decision to abandon estate property, is kept in the estate file. 28. U.S.C. § 586.

(8) Other considerations:

      ( ) Listed property is/are abandoned, after consultation with appropriate federal, state, and local authorities, is/are no value to the Estate which may be hazardous to the health or safety of the general public.

      ( ) Secured creditor has filed Motion for Relief of Stay (11 USC 362), and upon proper evaluation of property the undersigned Trustee has determined:

      (a) that there is no equity in said property,

      (b) that given appraisal/comparable/opinion of value of real property, market conditions for said property are limited, liquidation cost and expenses do not justify the risk of maintaining such estate property,

      (c) lien(s) is/are greater than the value of the property

**This case being a no Asset case it is Requested for the Clerk of the Court to give Notice to all creditors and interested parties and file a certificate of service with the court.**

I HEREBY CERTIFY THAT: The foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing on said system including the U.S. Trustee Office and a true copy to be mailed by the Clerk of the Court to Debtor and Debtor's Attorney and to All Creditors and parties in interest as per the Master Address List on file at the Clerk's Office.

**Objections to abandonment must be filed in writing with the court and served within fourteen (14) days of the mailing of this notice.**

DATED: October 19, 2020                     /s/ Roberto Roman Valentin
                                                       Roberto Roman Valentin, Esq.
                                                       Chapter 7 Trustee
                                                       DISTRICT OF PUERTO RICO
                                                       San Juan, PR 00902-4003
                                                       Tele: (787) 740-6011